## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD BEYNON,** | : | **CIVIL ACTION NO. 1:13-CV-2550** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| **v.** | : | |
| | : | |
| **COL. FRANK NOONAN,** *et al.,* | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 16th day of July, 2014, upon consideration of defendants'

motion (Doc. 12) for judgment on the pleadings, and for the reasons set forth in the

accompanying memorandum, it is hereby ORDERED that:

1.  Defendants' motion (Doc. 12) for judgment on the pleadings is
    GRANTED.

2.  The Clerk of Court is directed to ENTER judgment in favor of defendants
    and against plaintiff, and to CLOSE the above-captioned case.


 /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania